IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:22-CV-00684 |
| EYM DINER OF DFW, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT,
DENNY'S, INC., WITHOUT PREJUDICE**

Plaintiff, ANTHONY CAIRNS, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses Defendant, DENNY'S, INC., without prejudice. The action against the new Defendant, EYM DINER of DFW, LLC, shall continue.

Respectfully submitted this 28th day of September, 2022.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on September 28, 2022 upon all counsel or parties.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com
