IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No.  4:22-CV-00684 |
| EYM DINER OF DFW, LLC, ) | |
| ) | |
| Defendant. ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, ANTHONY CAIRNS and Defendant, EYM DINER OF DFW, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 27th day of January, 2023.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/  Douglas S. Schapiro_____
        Douglas S. Schapiro, Esq.
        State Bar No. 54538FL
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

        Attorney for Plaintiff

        */s/ David J. Hargis*
        David J. Hargis, Esq.
        State Bar No. 24078631
        Lamisa Chowdhury, Esq.
        Lewis Brisbois Bisgaard & Smith LLP
        State Bar No. 24110033
        24 Greenway Plaza, Suite 1400
        Houston, TX  77046
        Tel:  713-659-6767
        Email: david.hargis@lewisbrisbois.com
              lamisa.chowdhury@lewisbrisbois.com

        Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/  Douglas S. Schapiro
        Douglas S. Schapiro
        State Bar No. 54538FL